United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. M. BUSTO,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No. 21-cv-02641-SK

**SUA SPONTE ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Edward M. Chen to determine whether it is related to *Busto v. United States of America*, Case No. 21-cv-01553-EMC.

**IT IS SO ORDERED**.

Dated: April 14, 2021

_____

SALLIE KIM
United States Magistrate Judge