UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. M. BUSTO,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Case No. 21-cv-02641-EMC<br><br>**JUDGMENT** |

This action is dismissed because the petition fails to satisfy the custody requirement for habeas jurisdiction and fails to state a claim that Petitioner in custody in violation of the Constitution or laws or treaties of the United States.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 5, 2021

_____
EDWARD M. CHEN
United States District Judge